# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mesa Moving and Storage San Fran, LLC, D/B/A S&M Moving and Logistics,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Kova Products, Inc.,<br><br>　　　　　Defendant. | Civil Action No. 2:25-cv-00796-ASB |

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY 13, PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff Mesa Moving and Storage San Fran, LLC, D/B/A S&M Moving and Logistics ("Plaintiff") respectfully informs this Court that it withdraws the *Plaintiff's Motion for Default Judgment* [D.I. 13] (the "Initial Motion") in favor of the *Plaintiff's Amended Motion for Default Judgment* [D.I. 14] (the "Amended Motion").

Due to a typographical error, the Initial Motion inadvertently misstated the amount of monetary relief that Plaintiff seeks. D.I. 13 at 5. The Amended Motion correctly states Plaintiff's desired relief. Plaintiff intends for the Amended Motion to supersede the Initial Motion for all purposes. The Plaintiff therefore respectfully requests that this Court take notice of Plaintiff's withdrawal of the Initial Motion.

|                          |                                                     |
|--------------------------|-----------------------------------------------------|
|                          | Respectfully submitted,                             |
| Dated: May 12, 2025      | */s/ Kevin M. Capuzzi*                              |
|                          | Kevin M. Capuzzi (admitted *pro hac vice*)          |

**BAUMANN, DOYLE, PAYTAS & BERNSTEIN, P.L.L.C.**
Gary T. Doyle (AZ Bar No. 15033)
2929 North 44th Street, Suite 120
Phoenix, AZ 85018
Tel: (602) 952-8500
Fax: (602) 667-6552
Email: gdoyle@bdpblaw.com

-and-

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kevin M. Capuzzi (admitted *pro hac vice*)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Tel: (302) 442-7010
Fax: (302) 442-7012
Email: kcapuzzi@beneschlaw.com

*Counsel for Plaintiff Mesa Moving and Storage San Fran LLC*